2.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

JON ALAN ASHCRAFT             *

    VS                         *    MISC. NO. B-98-031

GARY L. JOHNSON               *


## O R D E R

The Court reviewed the case file in the above-captioned matter, and thereby ORDERS that:

1. Petitioner file an application to proceed in forma pauperis with a financial affidavit in support thereof; and

2. The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **November 13, 2000.**

The Petitioner is hereby placed on notice that the Court is considering dismissing his claims as being time-barred. The Petitioner shall submit to the Court the dates the Court

of Appeals rendered their decisions, to support his application as being filed timely, on or before **October 13, 2000.**

DONE at Brownsville, Texas, this 12th day of September 2000.

_____

Felix Recio

United States Magistrate Judge