3

United States District Court
Southern District of Texas
FILED

OCT 1 3 2000

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

JON ALAN ASHCRAFT                    *

      VS.                            *          MISC: NO. B-98-031

GARY L. JOHNSON                      *

---

## PETITIONER'S RESPONSE TO COURT ORDER OF 9-13-00

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jon Alan Ashcraft, Petitioner Pro Se who presents this "Petitioner's Response to Court Order of September 13, 2000" as ordered by this said court.

Therefore, Petitioner respectfully requests this Court consider this response with a liberal scrutiny in keeping with the proviso enunciated in **Haines v Kerner**, 404 US 519, 92 SCt 594 (1972), rather than considering this mater under the stringent standards applied to pleadings drafted by learned counsel. In support thereof Petitioner would show the Court as follows:

### I.

Petitioner placed said Petition for Writ of Habeas Corpus Pursuant to 28 USC §§ 2241 & 2254, hereinafter referred to as "Writ" in the Retrieve Unit mailroom mailbox with Receipt for Certified Mail & Return Receipt number P 844 505 784 on December 2, 1998 with Return Receipt indicating receipt by Clerk of Court on December 4, 1998. (See Attachment "A"). On December 7, 1998 Petitioner's mother Paid the $ 5.00 filing fee. U.S. Postal money order

2

number 69653682156. (See Attachment "A"). Petitioner received said Court Order of September 13, 2000 on September 15, 2000 requesting Petitioner to file an application in forma pauperis with financial affidavit in support thereof. It is Petitioner's intent to not pursue said "Writ" in forma pauperis. Petitioner in a show of good faith has once again paid the $ 5.00 filing fee on September 21, 2000 (See Attachment "B") which at said time the Clerk of the Court that received the payment told Petitioner's mother, Jeane Ashcraft, who paid the filing fee in Brownsville that Petitioner did not need to file in forma pauperis if the filing fee was paid. This would also be in accordance to Rule 3 of the Rules of Court dealing with Federal Rules of Writs of Habeas Corpus. With the above information Petitioner has attempted to comply with the first part of the said Court Order of September 13, 2000 in the mater of the above cause number of B-98-031.

## II.

Petitioner takes notice of the Courts time-barred issue and in response submits the following:

Petitioner proceeded to a jury trial in Cause No. (s) 91-CR-1371-E & 91-CR-1521-E, held respectfully on March 3, 1992 and June 23, 1992, wherein Petitioner plead not guilty to the offense of burglary of a habitation in each cause and was assesed guilty by a jury in each, and sentenced to seventy-five (75) years confinement in each case to TDCJ-ID.

The majority panel of the Supreme Thirteenth Court of
Appeals Corpus Christi, Texas delivered a decision in Cause
No. 91-CR-1371-E, to reverse in the primary opinion on
August 31, 1994. Petition for Discretionary Review was
sought by the State's Prosecuting Attorney, to which remand
was mandated to the Court of Appeals for a determination on
two issues. Thereto, the Supreme Court of Appeals rendered
a decision contrary to the primary decision which favored
Petitioner on August 22, 1996. Petitioner pursued Petition
for Discretionary Review which was denied. The mandate was
issued on September 18, 1997 (See Attachment "C"). This
being the date the conviction became final in accordance
with Texas Code of Criminal Procedure Article 42.045
Issuance of Mandate, Judgement Final.

In Cause No. 91-CR-1521-E, the panel of the Thirteenth
Court of Appeals delivered a decision to affirm said
judgement and conviction on May 4, 1995 for which Petition,
for Discretionary review was sought on October 23, 1995,
which was denied thereto. Mandate was issued on March 8,
1996 (See Attachment "D").

Both cases became intertwined by the mere fact that both
derived from a singular arrest and collection of the
evidence from one single instance. Hence, the suppression
hearing and vital witness testimony are virtually the same
in case as well. On March 2, 1992 the trial court itself
combined the two cases on the Motion to Suppress. (See
Attachment "E"). In Attachment "E" page 17 State Prosecutor

4

Ms. Barguiarena tells the Judge on in lines 16 thru 18 the issues are the same. Wherein on page 20 the Trial Judge and all parties agree that the one Motion to Suppress were intertwined and would be held in one hearing. Not to mention that the Court of Appeals for the Thirteenth Supreme Judicial District rendered a decision in one cause which was extensively drawn from to render its decision in the other case. Therefore, the courts likewise views both causes intertwined. See **Ashcraft v State**, 900 SW2d 817 (TexApp--Corpus Christi 1995) & **Ashcraft v State**, 934 SW2d 727 TexApp--Corpus Christi 1996).

Federal Rules on 2254 State Custody: Remedies in Federal Courts (B)(1) States: Application shall not be granted unless: A. the Applicant has exhausted the remedies available in the Courts of the State. Therefore, any attempt to pursue any federal 2254 relief on cause no. 91-CR-1521-E would be premature prior to the opinion and mandate of primary case 91-CR-1371-E. The date the mandate was issued on primary case 91-CR-1371-E, September 18, 1998, is when the State Court of Appeals process ended in both cases.

Wherein, Petitioner filed his State Post Trial Application for Writ of Habeas Corpus on both cause numbers on June 15, 1998. (See Attachment "F") The Court of Criminal Appeals denied this application without written order on September 16, 1998. (See Attachment "G").

Therefore, the final decision for both cases would be

CitsPDF - www.lexisa.com

5

September 18, 1997. Two-hundred and seventy days after the mandate was issued Petitioner filed his State Post Trial Application for Writ of Habeas Corpus, June 15, 1998, which was denied September 16, 1998. This time does not toll according to Section 2244 4(d)(2) which states; Time during which a properly filed application for State post conviction or other collateral review with respect to the perfinate judgement or claim is pending SHALL NOT be counted toward any period of limitation under this subsection.

On December 2, 1998 Petitioner mails his "Writ" which was filed on December 7, 1998. Therefore, Petitioner filed his "Writ" 352 days after his convictions became final. This is within the one year limit in Section 2244.

<strong>PRAYER</strong>

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that the Honorable Court takes notice that having paid filing fee no forma pauperis need be filed with the Court, and Petitioner has filed his "Writ" within the Federal Time Guide Lines. That the Court consider Petitioner's "Writ" and grant said "Writ" and any other relief available.

Respectfully submitted,

Jon Alan Ashcraft

6

## CERTIFICATE OF SERVICE

I, Jon Alan Ashcraft, hereby certify that a true and correct copy of the above and foregoing Petitioner's Response To Court Order of 9-13-2000 has been served on the State Prosecuting Attorney by placing a copy in prepaid first class U.S. Mail sent to P.O. Box 12405 Capital Station, Austin Texas 78711 on this date of October 9, 2000.


_____
Jon Alan Ashcraft

## VERIFICATION

I, Jon Alan Ashcraft, Petitioner declares under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge.


Executed this date: October 9, 2000.

_____
Jon Alan Ashcraft

# ATTACHMENT INDEX

ATTACHMENT "A"    COPY OF CERTIFIED MAIL/RETURN RECEIPT
                 OF ASHCRAFT 2254 & COPY OF POSTAL MONEY
                 ORDER OF DECEMBER 7, 1998/LETTER TO CLERK
                 (2 PAGES)

ATTACHMENT "B"    COPY OF COURT RECEIPT FOR FILING FEE
                 PAID ON SEPTEMBER 21, 2000
                 (ONE PAGE)

ATTACHMENT "C"    LETTER OF 13TH COURT OF APPEALS THAT
                 MANDATE WAS ISSUED IN 91-CR-1371-E
                 (ONE PAGE)

ATTACHMENT "D"    LETTER OF 13TH COURT OF APPEALS THAT
                 MANDATE WAS ISSUED IN 91-CR-1521-E
                 (TWO PAGES)

ATTACHMENT "E"    COPY OF FRONT PAGE OF MOTION TO SUPPRESS
                 OF MARCH 2, 1992 AND PAGES FROM STATEMENT
                 OF FACTS OF THAT HEARING IN BOTH CASES
                 91-CR-1371-E & 91-CR-1521-E
                 (FIVE PAGES)

ATTACHMENT "F"    CERTIFIED MAIL RETURN RECEIPT THAT WAS
                 ATTACHED TO STATE POST CONVICTION WRIT
                 OF HABEAS CORPUS SENT TO STATE DISTRICT
                 CLERK IN BROWNSVILLE, TEXAS ON 6-15-98
                 (ONE PAGE)

ATTACHMENT "G"    LETTER FROM COURT OF CRIMINAL APPEALS
                 INDICATING THAT STATE POST CONVICTION WRIT
                 OF HABEAS CORPUS WAD DENIED ON 9-16-1998
                 (ONE PAGE)

**ATTACHMENT "A"**          COPY OF CERTIFIED MAIL/RETURN RECEIPT
OF ASHCRAFT 2254 & COPY OF POSTAL MONEY
ORDER OF DECEMBER 7, 1998/LETTER TO CLERK
**(2 PAGES)**

CVitPDF - www.fasiio.com

AS RAFT'S RETURN RECEIPT FOR 254

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

3. Article Addressed to:
MICHAEL N. MILBY
C/O JUAN BARBOSA
CLERK OF THE COURT
105 FEDERAL BLD.
500 E. 10TH STREET
BROWNSVILLE, TEXAS 78520

4a. Article Number
P 844 505 784

4b. Service Type  RETURN RECEIPT
REQUESTED
☐ Registered      ☐ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  BROWNSVILLE

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)
DEC 04 1998

6. Signature (Addressee or Agent)
X J Barbosa

Thank you for using Return Receipt Service.

PS Form 3811, December 1994       Domestic Return Receipt

---

P 844 505 784

**Receipt for Certified Mail**
UNITED STATES POSTAL SERVICE
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to  MICHAEL N. MILBY
Street and No.  105 FEDERAL BLD.
500 E. 10TH STREET
P.O., State and ZIP Code  BROWNSVILLE, Texas 78520

| | |
|---|---|
| Postage | $3.00 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ 5.45 |
| Postmark or Date | DEC 2 1998 USFS |

PS Form 3800, JUNE 1991

FROM JON ASHCRAFT #63860

RETRIEVE UNIT R1.5 BOX 150 DALHART TEX 79022

981207 787651 ***5.00

CUSTOMER'S RECEIPT  DO NOT SEND THIS RECEIPT FOR PAYMENT
KEEP IT FOR YOUR RECORDS

SERIAL NUMBER  696536821SL

YEAR, MONTH, DAY

U.S. DOLLARS, CENTS

CHECK WITH IMPRINT AREA

FROM

ADDRESS

PAY TO

ADDRESS

C.O.D. NO. OR USED FOR

JON ALAN ASHCRAFT
TDCJ-ID # 638807
RETRIEVE UNIT
RT. 5 BOX 1500
ANGLETON, TEXAS 77515

November 30, 1998

Michael N. Milby, Clerk
United States District Court
Southern District of Texas
105 Federal Bld.
500 E. 10th Street
Brownsville, Texas

RE; Filing Fee for Petitioner's Section 2254
    Writ of Habeas Corpus

Dear Honorable Clerk Milby:

    Please find enclosed the $ 5.00 filing fee for the Petitioner's
Petition for Writ of Habeas Corpus being presented.  I sent the
Petition earlier in the week giving you notice that the filing fee
would be arriving within the week.

    Please process the filing fee and send me a receipt that the
filing fee has been paid for record purposes.

    Thank you for your time and cooperation.


                         Respectfully,


                         Jon Alan Ashcraft
                         Petitioner, Pro Se

cc: File


Enclosure  ($ 5.00 Filing Fee)

ATTACHMENT "B"    COPY OF COURT RECEIPT FOR FILING FEE
                  PAID ON SEPTEMBER 21, 2000
                  **(1 PAGE)**

CVISPDF - www.fastio.com

ATTACHMENT "B" 1 PAGE

Thu Sep 21 15:16:38 2000

UNITED STATES DISTRICT COURT

HOUSTON         , TX

Receipt No.   1 114239
Cashier       mguzman

Tender Type  CASH

Transaction Type   N

DØ Code    Diy No        Acct
  4679        1          086900

Amount            $     5.00

Filing Fee for a 2254 ref: 98MC31

Ashcraft

cn

CSMPDF - www.fastio.com

ATTACHMENT "C"     LETTER OF 13TH COURT OF APPEALS THAT
                   MANDATE WAS ISSUED IN 91-CR-1371-E
                   **(1 PAGE)**

CVbPDF - www.fastio.com

ATTACHMENT "C" 1 PAGE

**CHIEF JUSTICE**
ROBERT J. SEERDEN

**JUSTICES**
J. BONNER DORSEY
FEDERICO G. HINOJOSA
LINDA REYNA YAÑEZ
MELCHOR CHAVEZ
NELDA V. RODRIGUEZ

**CLERK**
CATHY WILBORN

**CHIEF DEPUTY CLERK**
MARY JANE DUARTE

# Court of Appeals

## Thirteenth District



**TENTH FLOOR**

**NUECES COUNTY COURTHOUSE**
**901 LEOPARD**
**CORPUS CHRISTI, TEXAS 78401**
**512-888-0416 (TEL)**
**512-888-0794 (FAX)**

**HIDALGO COUNTY OFFICE**

HIDALGO COUNTY
ADMINISTRATION BLDG.
FIFTH FLOOR, 100 E. CANO
EDINBURG, TEXAS 78539
210-318-2405 (TEL)
210-318-2403 (FAX)

**DEPUTY CLERK**
MONICA L. FLORES

September 18, 1997

Hon. Aurora de la Garza
District Clerk
974 E. Harrison Street
Brownsville, TX  78520

RE:   Court of Appeals Number:      13-92-00264-CR
      Trial Court Case Number:      91-CR-1371-E

Style:      Ashcraft, Jon Alan v. The State of Texas

Dear Ms. de la Garza:

    The judgment of the trial court was AFFIRMED by this Court on August 22,
1996.  The mandate is enclosed.

    Tex. R. App. P. 51.2(a)(1) provides that **the clerk of the trial court shall
send an acknowledgment to the clerk of the appellate court of the receipt of the
mandate.**  Please review the requirements of Tex. R. App. P. 51.2(b) regarding the
issuance of a capias in cases in which the trial court's judgment is affirmed and
the defendant is not in custody.

    Please sign the attached acknowledgment of receipt of the mandate and
return the same to this office as soon as possible.

                                        Respectfully submitted,

                                        Cathy Wilborn, Clerk

CW:dot
Enc.
cc:   Glen A. Barnard            Matthew W. Paul
      Alfredo Padilla            Robert H. Moore, Jr.
      Jon Alan Ashcraft ✓        Yolanda De Leon
      John A. Olson              S. O. Woods
      Robert Huttash
-------------------------------------------------------------
    I hereby acknowledge receipt of the mandate in cause no. 13-92-264-CR this
the _____ day of _____, 1997.

            District or County Clerk, _____ County

            By: _____

ATTACHMENT "D"     LETTER OF 13TH COURT OF APPEALS THAT
                   MANDATE WAS ISSUED IN 91-CR-1521-E
                   **(2 PAGES)**

CMsPDF - www.fastio.com

ATTACHMENT "D" PAGE 1

**CHIEF JUSTICE**
ROBERT J. SEERDEN

**JUSTICES**
J. BONNER DORSEY
FEDERICO G. HINOJOSA JR.
LINDA REYNA YAÑEZ
MELCHOR CHAVEZ
NELDA V. RODRIGUEZ

**CLERK**
CATHY WILBORN

**CHIEF DEPUTY CLERK**
MARY JANE DUARTE

## Court of Appeals
### Thirteenth District



**TENTH FLOOR**
**NUECES COUNTY COURTHOUSE**
**901 LEOPARD**
**CORPUS CHRISTI, TEXAS 78401**
512-888-0416 (TEL)
512-888-0794 (FAX)

**HIDALGO COUNTY OFFICE**

HIDALGO COUNTY COURTHOUSE
100 N. CLOSNER
EDINBURG, TEXAS 78539
210-318-2405 (TEL)
210-318-2403 (FAX)

**DEPUTY CLERK**
ALMA FANN

March 8, 1996

Hon. Aurora de la Garza
District Clerk
974 E. Harrison
Brownsville, TX 75820

RE:   Court of Appeals Number:   13-94-00022-CR
      Trial Court Case Number:    91-CR-1521-E

Style:    Ashcraft, Jon Alan
          v.
          The State of Texas

Dear Ms. de la Garza:

The judgment of the trial court was AFFIRMED by this Court on May 4, 1995. The mandate is enclosed.

Tex. R. App. P. 87(b)(1) provides as follows:

When the judgment of the appellate court affirms the judgment of the court below in a case in which bail has been allowed, **the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate** and immediately file the same and forthwith issue a capias for the arrest of the defendant for the execution of the sentence of the court, which shall recite the fact of conviction, setting forth the offense and the judgment and sentence of the court, the appeal from and affirmance of such judgment and the filing of such mandate, and shall command the sheriff to arrest and take into his custody the defendant and place him in jail and therein keep him until delivered to the proper authorities, as directed by said sentence. Such capias may issue to any county of this State, and shall be executed and returned as in felony cases, except that no bail shall be taken in such cases. The sheriff shall forthwith execute such capias as directed. **The sheriff shall notify the clerk of the trial court and the clerk of the appellate court when the mandate has been carried out and executed.**

Hon. Aurora de la Garza
Page 2

Please sign the attached acknowledgment of receipt of the mandate and return the
same to this office as soon as possible.

Respectfully submitted,

Cathy Wilborn, Clerk

CW:dot
Enc.
cc:   Jon Alan Ashcraft
      Alfredo Padilla
      Luis V. Saenz
      John A. Olson
      S. O. Woods

----------------------------------------------------------------

      I hereby acknowledge receipt of the mandate in cause no. 13-94-022-CR the
above cause this the  12TH  day of  MARCH            , 1996.

      District XXXXXXXX Clerk,  CAMERON     County

      By:  MISHELA DE LEON

ATTACHMENT "E"      COPY OF FRONT PAGE OF MOTION TO SUPPRESS
OF MARCH 2, 1992 AND PAGES FROM STATEMENT
OF FACTS OF THAT HEARING IN BOTH CASES
91-CR-1371-E & 91-CR-1521-E
**(5 PAGES)**

ATTACHMENT "F"    CERTIFIED MAIL RETURN RECEIPT THAT WAS
                  ATTACHED TO STATE POST CONVICTION WRIT
                  OF HABEAS CORPUS SENT TO STATE DISTRICT
                  CLERK IN BROWNSVILLE, TEXAS ON 6-15-98
                  **(1 PAGE)**

CutePDF - www.fastio.com

ATT  HMENT "F"   1 PAGE

UNITED STATES POSTAL SERVICE

MCALLEN, TX

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Print your name, address, and ZIP Code in this box ●

JON A. ASHCRAFT
TDCJ-ID # 638807
RETRIEVE UNIT
RT. 5 BOX 1500
ANGLETON, TEXAS
77515

3 TK19

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
| --- | --- |
| AURORA DE LA GARZA<br>CLERK OF THE COURT<br>CAMERON COUNTY COURTHOUSE<br>974 E. HARRISON ST.<br>BROWNSVILLE, TEXAS<br>78520 | P 416 345 857 |

4b. Service Type   RETURN RECEIPT

☐ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

| 5. Received By: (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| --- | --- |
| Adolfo Garza | |
| 6. Signature (Addressee or Agent)<br>X | |

PS Form 3811, December 1994        102595-97-B-0179   Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

**ATTACHMENT "G"**    LETTER FROM COURT OF CRIMINAL APPEALS
INDICATING THAT STATE POST CONVICTION WRIT
OF HABEAS CORPUS WAS DENIED ON 9-16-98
**(1 PAGE)**

ATTACHMENT "G"   1 PAGE



# Court of Criminal Appeals

## State of Texas
## Box 12308
## Capitol Station
## Austin 78711

MICHAEL J. McCORMICK
PRESIDING JUDGE

CHARLES F. (CHARLIE) BAIRD
MORRIS L. OVERSTREET
LAWRENCE E. MEYERS
STEPHEN W. MANSFIELD
SHARON KELLER
TOM PRICE
SUE HOLLAND
PAUL WOMACK
JUDGES

TROY C. BENNETT, JR.
CLERK

RICHARD WETZEL
EXECUTIVE ADMINISTRATOR

DATE: _____

Dear Mr./Ms. _____ ;   RE: 24 803-02 (91-CR-1371-
24 803-03 (91-CR-1521-E)

Your letter has been received.  Please be advised:

_____ Your application for habeas corpus relief must be filed in the trial court.

_____ Motions for Rehearing from denials of habeas corpus relief are not authorized under Tex.R.App.Pro. 79.2(d)

_____ The Court of Criminal Appeals does not provide copies of any records for free.  Our charge is $1.00 per page payable in advance with the money order being made out to Clerk, Court of Criminal Appeals.  Copies may be obtained cheaper through the State Law Library.  Please contact that agency for assistance.

_____ Your records will not be returned to you because once records are received in this Court they become the permanent records of this Court.

__✓__ Your applications for writs of habeas corpus has been received. The status is:

   _____ Pending.  You will be notified when a decision is reached.

   __✓__ Denied.  The application was denied with/without written order on 9/16/98 (01 & 02) .

   _____ Dismissed as a subsequent application on _____ .

   _____ Other: _____ .

(01) Received 7/27/98
(02) Received 7/27/98

Sincerely,

guy C. Bennett, Jr.

Troy C. Bennett, Jr., Clerk