```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

NOV 14 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JON ALAN ASHCRAFT, | § |
|     Petitioner, | § |
| | § |
| V. | §    NO. B-98-031 |
| | § |
| GARY L. JOHNSON, DIRECTOR, | § |
| TEXAS DEPARTMENT OF | § |
| CRIMINAL JUSTICE, | § |
| INSTITUTIONAL DIVISION, | § |
|     Respondent. | § |

## RESPONDENT JOHNSON'S FIRST MOTION
## FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, Respondent ("the Director"), through the Attorney General of Texas, and files this Respondent Johnson's First Motion for Extension of Time.

### I.

This is a habeas corpus case brought by a Texas state prisoner ("Ashcraft") under 28 U.S.C. §§ 2241, 2254. The Director is ordered to file an answer in this case on or before November 13, 2000. The Director requires additional time to file his answer.

In order to properly respond to Ashcraft's claims, it was necessary for the undersigned to obtain the record of Ashcraft's state trial proceedings and appeal from his conviction. Although a request was made in September to the Thirteenth Court of Appeals, the record has not yet been received. Therefore, a thirty-day extension up to and including December 13, 2000 is respectfully requested.

WHEREFORE, PREMISES CONSIDERED, the Director moves for an extension of thirty days to December 13, 2000, within which to submit the Director's answer in this case.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

_____
KRISTEN E. JERNIGAN
Assistant Attorney General
Attorney In Charge
State Bar No. 90001898
Southern ID No. 24031

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

2

## NOTICE OF SUBMISSION

To: Jon Alan Ascraft, Petitioner, you are hereby notified that the foregoing motion will be brought before the court within twenty (20) days of filing.

_____
KRISTEN E. JERNIGAN
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Kristen E. Jernigan, Assistant Attorney General of the State of Texas, do hereby state that a conference is not possible because the petitioner is representing himself *pro se*, and is currently incarcerated in the Texas Department of Criminal Justice, Institutional Division.

_____
KRISTEN E. JERNIGAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Kristen E. Jernigan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time has been served by placing same in the United States mail, postage prepaid, on this the 10th day of November, 2000, addressed to:

Jon Alan Ashcraft
TDCJ-ID No. 638807
Retrieve Unit
Rt. 5, Box 1500
Angleton, Texas 77515

_____
KRISTEN E. JERNIGAN
Assistant Attorney General

3