5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JON ALAN ASHCRAFT, | § |
| Petitioner, | § |
| | § |
| V. | § NO. B-98-031 |
| | § |
| GARY L. JOHNSON, DIRECTOR, | § |
| TEXAS DEPARTMENT OF | § |
| CRIMINAL JUSTICE, | § |
| INSTITUTIONAL DIVISION, | § |
| Respondent. | § |

## ORDER

On the motion of Respondent, the Respondent's time for filing an answer is extended up to and including December 13, 2000.

It is so ORDERED.

SIGNED on this the 16th day of November, 2000.

_____
JUDGE PRESIDING