IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JON ALAN ASHCRAFT, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-98-031 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
|     Respondent. § | |

**RESPONDENT JOHNSON'S MOTION TO SUBSTITUTE COUNSEL
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by his attorney, the Attorney General of Texas, and files this his Motion to Substitute Counsel with Brief in Support. In support thereof, the Director would respectfully show the court the following:

**I.**

**MOTION TO SUBSTITUTE COUNSEL**

    It has become necessary for this cause to be reassigned. The former attorney of record, Kristen E. Jernigan, has terminated her employment with this division and, therefore, can no longer continue her representation of the Director. Consequently, this cause has been reassigned to the undersigned.

    For the foregoing reasons, the Director respectfully requests that his Motion to Substitute Counsel be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

BROOKS MOORE*
Assistant Attorney General
State Bar No. 24010246
Southern District Bar No. 24,680

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Jon Alan Ashcraft, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

BROOKS MOORE
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that petitioner will oppose this motion.

_____
BROOKS MOORE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion to Substitute Counsel has been served by placing same in the United States Mail, postage prepaid, on this the 2nd day of April, 2001, addressed to:

Jon Alan Ashcraft,
TDCJ-ID No. 638807
Retrieve Unit
Route 5, Box 1500
Angleton, Texas 77515

_____
BROOKS MOORE
Assistant Attorney General

3

ClibPDF - www.fastio.com