

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON ALAN ASHCRAFT, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-031 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION
FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, respondent herein ("the Director"), by his attorney, the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support.

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of the court entered February 22, 2001, the Director is to file a response to petitioner's objections ("Ashcraft") and to his federal petition by April 2, 2001.

**II.**

Although the undersigned has copies of Ashcraft's state court records, the undersigned has not had sufficient time to review these records in order to determine the appropriate response to the objections and to the allegations raised in the instant petition for habeas corpus. Thus, an extension of time is required and would be greatly appreciated. Therefore, the Director respectfully requests an extension of thirty days, up to and including May 2, 2001. The undersigned apologizes for the delay; however, it is due to circumstances beyond his control.

As justification for this extension of time, the undersigned was assigned this case on March

2, 2001, after the previous attorney left the employment of the Office of the Attorney General. Since being assigned this case, the undersigned has prepared and filed six responsive pleadings in other habeas corpus cases. Moreover, the undersigned had an evidentiary hearing on March 8, 2001.[1] In addition, as of today, the undersigned has responsive pleadings due in twenty-two[2] other habeas cases over the next thirty days, nineteen of which are due by April 25, 2001. The undersigned assures this court that this request for an extension of time is not designed to harass the petitioner, nor to unnecessarily delay these proceedings. Rather, this extension is necessary to determine the appropriate response to the claims raised in the instant petition.

    WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests an extension of thirty days, to May 2, 2001, to file a responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*BROOKS MOORE
Assistant Attorney General

*Attorney in Charge

---

[1] *Grant v. Johnson*, Civil Action Number 3:00-CV-1534.

[2] Four of the cases involve opposing counsel and/or complex legal issues requiring significant preparation time.

State Bar No. 24010246
Southern District Bar No. 24,680

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that petitioner will oppose this motion.

_____
BROOKS MOORE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Brooks Moore, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 2nd day of April, 2001, addressed to:

Jon Alan Ashcraft,
TDCJ-ID No. 638807
Retrieve Unit
Route 5, Box 1500
Angleton, Texas 77515

_____
BROOKS MOORE
Assistant Attorney General

3