13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON ALAN ASHCRAFT, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-031 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**O R D E R**

On this day came before the court for consideration Respondent Johnson's First Motion for Extension of Time and the court having considered said motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that the respondent's time for filing a responsive pleading should be and hereby is extended up to and including the 2nd day of May, 2001.

SIGNED this 9th day of April, 2001.

_____
JUDGE PRESIDING