14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JON ALAN ASHCRAFT, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-98-031 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

Came on this day to be considered Respondent Johnson's Motion to Substitute Counsel, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Kristen E. Jernigan is withdrawn and Brooks Moore is substituted as Attorney in Charge for respondent.

SIGNED on this the 9th day of April, 2001.

_____
JUDGE PRESIDING