*17*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUN 2 1 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JON ALAN ASHCRAFT, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | MISC. NO. B-98-031 |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondents. | § | |

## ORDER

Having reviewed Respondent Johnson's Response and Objections with Brief in Support,[1] the Court hereby ORDERS Respondents to respond to the *timely* portion of Petitioner Ashcraft's § 2254 Motion. This Magistrate plans to recommend dismissal of the untimely portion of Ashcraft's Motion for time-barred reasons, but will not do so until Respondents have responded to the merits of the timely portion of the Motion. The District Court will provide different rationales for its resolution of Ashcraft's timely and untimely claims, but it will do so in one opinion. Accordingly, Respondents are hereby ORDERED to respond to the merits of the timely portion of Ashcraft's Motion so that this Magistrate may make a recommendation as to Ashcraft's entire Motion. Respondents have until July 22, 2001, to comply.

Done in Brownsville, Texas, this 21ˢᵗ day of June, 2001.

Felix Recio
United States Magistrate Judge

---

[1]   *See* Pleading No. 15.