IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON ALAN ASHCRAFT § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-031 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**DEFENDANT'S FIRST MOTION FOR EXTENSION ANDRESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, Respondent, hereinafter referred to as "the Director," by and through his attorney, the Attorney General of Texas, and files this his **First Motion for Extension of Time with Brief in Support**. In support thereof, the Director would show the court the following:

On June 21st, 2001 the Director was served with the instant order directing a brief on the merits of Respondent's answer and motion for summary judgment for Petitioner's non time-barred claims. Respondent was ordered to respond by July 22, 2001. The Director needs additional time to respond due to the following circumstances:

1.   Counsel started with the Habeas Division on July 2, 2001.

2.   An original response is due in *Ruiz v. Johnson,* No. 2:0-0-CV-0296 on July 25, 2001.

3.   An original response is due in *Carter v. Johnson*, No. 3:01-CV-824-G on July 30, 2001

Finally, the Habeas Corpus Division of The Office of The Attorney General for the State of Texas currently has two vacant attorney slots which is impacting the remaining staff. This is the Director's first request for an extension of time in this cause. This request is not designed to harass Beall or to delay this proceeding.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that the court grant an extension of thirty (30) days, from July 22, 2001 up to and including August 22, 2001, in which to file an answer or other responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

---

ANNE M. MARSHALL
Assistant Attorney General
State Bar No. 13023700
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 463-2140
Facsimile No. (512) 936-1400

## CERTIFICATE OF CONFERENCE

I, Anne M. Marshall, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Retrieve Unit of the Texas Department of Criminal Justice, Institutional Division. Respondent will assume that Petitioner will oppose this motion.

*/s/ Anne M. Marshall*
ANNE M. MARSHALL
Assistant Attorney General

## NOTICE OF SUBMISSION

TO: *Jon Alan Ashcraft,* you are hereby notified that the undersigned attorney for Respondent will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

*/s/ Anne M. Marshall*
ANNE M. MARSHALL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Anne M. Marshall, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent's Johnson's First Motion for Extension of Time with Brief in Support** has been served by placing same in the United States mail, postage prepaid, on this the 20th day of July, 2001 addressed to:

Jon Alan Ashcraft, #638807
Retrieve Unit
Route 5, Bos 1500
Angleton, TX 77515

*/s/ Anne M. Marshall*
ANNE M. MARSHALL
Assistant Attorney General