IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON ALAN ASHCRAFT | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-031 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## RESPONDENT MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Gary L. Johnson, Director of the Texas Department of Criminal Justice, Institutional Division, Respondent herein, hereinafter referred to as "the Director," by and through his attorney, the Attorney General of Texas, and files this **Respondent Johnson's Motion to Substitute Counsel for the Director with Brief in Support**. In support thereof, the Director would respectfully show the court the following:

### I.

The Director was last represented in this federal writ of habeas corpus by Assistant Attorney General Brooks Moore, however, it has become necessary to reassign this case within the Office of The Attorney General of the State of Texas, Habeas Corpus Division. The undersigned has been assigned to represent the Director and moves this court to allow Mr. Moore to withdraw and the undersigned be allowed to substitute in as the Assistant Attorney General representing the Director in this federal habeas action. The undersigned has been a member of the Southern District Bar since 1988. The undersigned is familiar with and will follow the rules of the court. This substitution is not requested to harass the Petitioner or to delay this proceeding. All correspondence should be sent to the same address.

## II.

WHEREFORE, PREMISES CONSIDERED, the undersigned moves this court to allow former Assistant Attorney General Brooks Moore to withdraw and to substitute the undersigned as the Assistant Attorney General representing the Director in this federal habeas corpus action.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

_____
ANNE M. MARSHALL
Assistant Attorney General
Southern District Bar No.9244
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2105
Facsimile No. (512) 936-1400

## CERTIFICATE OF CONFERENCE

I, Anne M. Marshall, Assistant Attorney General of Texas, cannot conference with Petitioner as he is in custody. Respondent will assume he is opposed to this motion.

_____
ANNE M. MARSHALL
Assistant Attorney General

## NOTICE OF SUBMISSION

TO: *Jon Alan Ashcraft*, Petitioner, you are hereby notified that the undersigned attorney for Respondent will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
ANNE M. MARSHALL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Anne M. Marshall, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion for Substitution** has been served by placing same in the United States mail, postage prepaid, on this the 20th day of July, 2001 addressed to:

Jon Alan Ashcraft, #638807
Retrieve Unit
Route 5, Bos 1500
Angleton, TX 77515

_____
ANNE M. MARSHALL
Assistant Attorney General