

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON ALAN ASHCRAFT § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-031 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

# O R D E R

CAME ON this day for consideration Respondent Johnson's First Motion for Extension of Time, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's time for filing an answer or responsive pleading should be, and hereby is, extended thirty days, up to and including August 22, 2001.

SIGNED on this the 26th day of July, 2001.

_____
PRESIDING JUDGE