21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

United States District Court
Southern District of Texas
FILED

JUL 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JON ALAN ASHCRAFT | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No.: B-98-031 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

On this day came before the court for consideration Respondent Johnson' Motion to Substitute Counsel and the court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent Johnson's Motion to Substitute Counsel is hereby GRANTED. Assistant Attorney General, Charles Palmer, is granted permission to withdraw and Anne Marshall, is substituted in Mr. Palmer's place as the Director's counsel.

SIGNED this 26th day of July, 2001.

_____
JUDGE PRESIDING