United States District Court
Southern District of Texas
FILED

AUG 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON ALAN ASHCRAFT | § | |
| Petitioner, | § | |
| | § | MISC |
| v. | § | ~~CIVIL~~ ACTION NO. B-98-031 |
| | § | |
| JANIE COCKRELL[1], DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S SECOND MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, Respondent, hereinafter referred to as "the Director," by and through her attorney, the Attorney General of Texas, and files this her **Second Motion for Extension of Time with Brief in Support**. In support thereof, the Director would show the court the following:

On June 21st, 2001 the Director was served with the instant order directing a brief on the merits of Respondent's answer and motion for summary judgment for Petitioner's non time-barred claims, with an answer due on July 21, 2001. The Director requested an extension to August 22, 2001, which was granted. A second extension of time is requested for the following reasons:

---

[1] The previous named respondent in this action was Gary L. Johnson. On August 1, 2001, Janie Cockrell succeeded Johnson as Director of the Texas Department of Criminal Justice, Institutional Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, she "is automatically substituted as a party."

1. The undersigned began work with the division on July 2, 2001. Upon her arrival, the undersigned received approximately 20 habeas cases that were transferred from other attorneys.

2. In the last week, counsel has filed four original answers.

3. *Cruz v. Cockrell* original answer was due August 18, 2001.

4. *Aldana v. Cockrell* original answer was due August 18, 2001.

5. *Clark v. Cockrell* original answer is due August 23, 2001.

6. Three additional answers are due before August 31, 2001.

This is the Director's second request for an extension of time in this cause. This request is not designed to harass Ashcraft or to delay this proceeding.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that the court grant an extension of thirty (30) days, from August 22, 2001 up to and including September 22, 2001, in which to file an answer or other responsive pleading.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

_____
ANNE M. MARSHALL
Assistant Attorney General
State Bar No. 13023700
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

## CERTIFICATE OF CONFERENCE

I, Anne M. Marshall, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Retrieve Unit of the Texas Department of Criminal Justice, Institutional Division. Respondent will assume that Petitioner will oppose this motion.

_____
ANNE M. MARSHALL
Assistant Attorney General

## NOTICE OF SUBMISSION

TO: *Jon Alan Ashcraft,* you are hereby notified that the undersigned attorney for Respondent will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
ANNE M. MARSHALL
Assistant Attorney General

## CERTIFICATE OF SERVICE

    I, Anne M. Marshall, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's Second Motion for Extension of Time with Brief in Support** has been served by placing same in the United States mail, postage prepaid, on this the 21st day of August, 2001 addressed to:

Jon Alan Ashcraft, #638807  
Retrieve Unit  
Route 5, Bos 1500  
Angleton, TX 77515

*/s/ Anne Marshall*  
_____  
ANNE M. MARSHALL  
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JON ALAN ASHCRAFT* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | CIVIL ACTION NO. B-98-031 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

CAME ON this day for consideration Respondent Cockrell's Second Motion for Extension of Time, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's time for filing an answer or responsive pleading should be, and hereby is, extended thirty days, up to and including September 22, 2001.

SIGNED on this the _____ day of _____,2001.

_____
PRESIDING JUDGE

ClibPDF - www.fastio.com