23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JON ALAN ASHCRAFT,<br>    Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

MSC

~~CIVIL~~ ACTION NO. B-98-031

**ORDER**

CAME ON this day for consideration Respondent Cockrell's Second Motion for Extension of Time, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's time for filing an answer or responsive pleading should be, and hereby is, extended thirty days, up to and including September 22, 2001.

SIGNED on this the 23rd day of August, 2001.

_____
PRESIDING JUDGE