2-4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON ALAN ASHCRAFT,<br>Petitioner, | § | |
| | § | |
| | § | |
| V. | § | Misc. No. B-98-031 |
| | § | |
| JANIE COCKRELL,[1] DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, ("the Director,") by and through her attorney, the Attorney General of Texas, and files this her Motion to Substitute Counsel with Brief in Support. In support thereof, the Director would respectfully show the court the following.

It has become necessary for this cause to be reassigned. The former attorney of record, Anne M. Marshall, was unable to handle this case. Consequently, this cause has been reassigned to the undersigned. Furthermore, the undersigned respectfully requests that this court ensure that mail from the court be addressed to the undersigned.[2]

WHEREFORE, PREMISES CONSIDERED, the Director respectfully asks this motion be granted.

---

[1] The previous named respondent in this action was Gary L. Johnson. On August 1, 2001, Janie Cockrell succeeded Johnson as Director of the Texas Department of Criminal Justice, Institutional Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, she "is automatically substituted as a party."

[2] The undersigned does not mean to place undue demands on this court. However, as this attorney is still working in the office and as many other cases from this attorney have been reassigned to other attorneys, the undersigned respectfully makes this request so that she will receive the mail in a timely fashion. She fears that if the court continues to send mail to the former attorney-of-record, it may be months before the undersigned receives it if at all.

CHIPDF - www.fenie.com

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division


*Attorney in Charge

DENISE A. VILLARREAL*
Assistant Attorney General
State Bar No. 24008212

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause.  Respondent assumes that petitioner will oppose this motion.

DENISE A. VILLARREAL
Assistant Attorney General

2

# CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion to Substitute Counsel has been served by placing it in the United States Mail, postage prepaid, on this the 31st day of August, 2001, addressed to:

Jon Alan Ashcraft
TDCJ-ID # 638807
Retrieve Unit
Rt. 5 Box 1500
Angleton, Texas 77515

DENISE A. VILLARREAL
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JON ALAN ASHCRAFT,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | Misc. No. B-98-031 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**O R D E R**

Came on this day to be considered Respondent Cockrell's Motion to Substitute Counsel, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Anne M. Marshall is withdrawn and Denise A. Villarreal is substituted as Attorney in Charge for Respondent.

SIGNED on this the _____ day of _____, 2001.


_____
JUDGE PRESIDING