United States District Court
Southern District of Texas
FILED

SEP 2 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON ALAN ASHCRAFT, § | |
| Petitioner, § | |
| § | |
| V. § | Misc. Action No. B-98-031 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**RESPONDENT COCKRELL'S MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Janie Cockrell, Director of the Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this Respondent Cockrell's Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered June 21, 2001, the Director was ordered to file a response by July 22, 2001. The Director filed a motion for extension of time, which was granted by this court on July 27, 2001, giving the Director until August 22, 2001, to file a response. The Director timely filed a second motion for extension of time, which was granted by this court on August 27, 2001, giving the Director until September 22, 2001, to file a response. Therefore, the instant motion is timely filed.

## II.

The petitioner, Jon Alan Ashcraft, ("Ashcraft"), has filed a petition challenging his burglary of a habitation convictions. Fed. Writ Petition at 2. This case has been in the hands of the previous attorney of record since the early part of July 2001, when she began working in this division. When it became apparent that she was incapable of handling this case, it, along with many others, were taken away from her and reassigned to all other line attorneys. The undersigned received this case on August 29, 2001; however, the first the undersigned has been able to look at the case was on September 19, 2001, because the rest of the time was spent filing eight responsive pleadings in various district courts, taking off for the Labor Day holiday and a pre-arranged vacation, and preparing for and attending a multi-witness evidentiary hearing in the matter of *Butler v. Cockrell*, No. H-98-2797, held on September 18, 2001, (ten days earlier than was initially scheduled) in Houston, Texas. Further, the undesigned is presently working on a Fifth Circuit brief draft in the matter of *Hale v. Cockrell*, No. 01-10369, due on September 25, 2001, to mentor review for an October 2, 2001, submission to the Fifth Circuit.

Further, given the nature of Ashcraft's allegations, a thorough review of his voluminous state court records is required, which the undersigned has not been able to do given the above mentioned occurrences. Furthermore, the previous attorney of record did do some work on this case; however, after review of the work, it is apparent to the undersigned that such work would be of no use to this court. Thus, the undersigned requests a thirty day extension of time to respond to the allegations. As further justification for the extension, the undersigned has another five pleadings due in various district courts by the end of the month, thirteen pleadings, so far, due next month, and must attend a hearing in the matter of *Choyce v. Cockrell*, No. C-00-86, in Corpus Christi, Texas, the second week of October. Finally, the undersigned would like to assure the court that this case will be given top priority and that no further extensions of time are anticipated by the undersigned.

Accordingly, the Director respectfully requests a thirty day extension in which the undersigned attorney can coordinate her duty in this case with other matters due within that time period and draft an appropriate response to Ashcraft's federal habeas claims.

## III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of thirty days from September 22, 2001, up to and including October 22, 2001, within which to file a responsive pleading to this petition for federal writ of habeas corpus.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
  for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

\*Attorney in Charge

DENISE A. VILLARREAL\*
Assistant Attorney General
State Bar No. 24008212
Southern Dist. No. 25314

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

3

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is presently incarcerated in the Institutional Division of the Texas Department of Criminal Justice, and is proceeding *pro se* in this cause. Respondent assumes that petitioner opposes this pleading.

DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 21st day of September, 2001, addressed to:

Jon Alan Ashcraft
TDCJ-ID No. 638807
Retrieve Unit
Rt. 5 Box 1500
Angleton, TX 77515

DENISE A. VILLARREAL
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JON ALAN ASHCRAFT,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | Misc. Action No. B-98-031 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

Came on this day to be considered Respondent Cockrell's Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Cockrell's Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of thirty days, up to and including October 22, 2001.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING