IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JON ALAN ASHCRAFT, § | |
| Petitioner, § | |
| § | |
| V. § | Misc. No. B-98-031 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**O R D E R**

Came on this day to be considered Respondent Cockrell's Motion to Substitute Counsel, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Anne M. Marshall is withdrawn and Denise A. Villarreal is substituted as Attorney in Charge for Respondent.

SIGNED on this the 5th day of September, 2001.

_____
JUDGE PRESIDING