30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON ALAN ASHCRAFT, | * | |
| Petitioner | * | |
| | * | MISC. NO. B-98-031 |
| | * | |
| V. | * | |
| | * | |
| JANIE COCKRELL, DIRECTOR | * | |
| TEXAS DEPARTMENT OF | * | |
| CRIMINAL JUSTICE, | * | |
| INSTITUTIONAL DIVISION, | * | |
| Respondent. | * | |
| | * | |

PETITIONER'S NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jon Alan Ashcraft, Petitioner Pro Se, hereinafter "Petitioner" who now presents this "Petitioner's Notice of Change of Address":

I.

Petitioner would now inform the Honorable Court that he has changed units. Hence this has caused his address to change. For all purposes Petitioner's address is now

Jon Alan Ashcraft
TDCJ-ID # 638807
Richard P. La Blanc Unit
3695 FM 3514
Beaumont, Texas 77705

-1-

Therefore for all purposes of this above numbered cause Petitioner would inform the Honorable Court and State Prosecutors office of his change of address.

## PRAYER

WHEREFORE PREMISES CONSIDERED Petitioner prays that this Honorable Court now use the new address listed for all court purposes.

Respectfully submitted this date December 4, 2001.

_____
JON ALAN ASHCRAFT

### CERTIFICATE OF SERVICE

I, Jon Alan Ashcraft, hereby certify that a true and correct copy of the above and foregoing document has been served on the State's Prosecuting Attorney by placing a copy in prepaid U.S. Mail sent to P.O. Box 12548, Capitol Station Austin, Texas 78711-2548 on this date December 4, 2001.

_____
Jon Alan Ashcraft

### VERIFICATION

I, Jon Alan Ashcraft, Petitioner declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge.

Executed this Date: December 4, 2001.

_____
Jon Alan Ashcraft