IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JON ALAN ASHCRAFT,<br>Petitioner | *<br>*<br>* |
| | * MISC. NO. B-98-031 |
| V. | *<br>* |
| JANIE COCKRELL, DIRECTOR<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>Respondent. | *<br>*<br>*<br>*<br>*<br>* |

**PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jon Alan Ashcraft, Petitioner Pro Se, hereinafter "Petitioner" who now presents this "Petitioner's First Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendations".

Therefore, Petitioner respectfully requests this Court consider this motion with the liberal scrutiny in keeping with the proviso enunciated in **Haines v. Kerner,** 404 U.S. 519, 92 SCt. 594 (1971), rather than considering this matter under the stringent standards applied to pleadings drafted by skilled counsel. In support thereof Petitioner would show the Court the following:

1.

## I.

On January 11, 2002 Petitioner was called down to the Unit Mail Room on the Le Blanc Unit and received a copy of the Magistrate Judge's Report and Recommendations. Petitioner understands that he has (10) ten days after being served a copy of the Report and Recommendations to file written objections to the proposed findings, conclusions and recommendations in the Magistrate Judges's Report and Recommendations. Therefore that would make Petitioner's Objections due January 21, 2002. The Petitioner needs additional time to respond due to the following circumstances:

1. Petitioner has only limited time to the Le Blanc Unit Law Library, only 2 hours a day 5 days a week;

2. Petitioner is at present involved in an intensive substance abuse and Therapeutic Treatment Program sponsered by the Texas Department of Criminal Justice Institutional Division;

3. Petitioner is in intensive treatment 10 hours a day and has <u>very</u> limited time a day to work on his objections.

Therefore, it is necessary for Petitioner to request for an additional (30) thirty days to file is objections to the proposed findings, conclusions, and recommendations in the magistrate judge's report and recommendations. This request is not for delay but is needed in the interest of justice.

2.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests that the court grant an extension of (30) thirty days, from January 21, 2002 up to and including February 20, 2002, in which to file his objections to the magistrate judge's report and recommendations.

Respectfully submitted,

This date January 17, 2002.

*Jon Alan Ashcraft*
Jon Alan Ashcraft

### CERTIFICATE OF SERVICE

I, Jon Alan Ashcraft, hereby certify that a true and correct copy of the above and foregoing "Petitioner's First Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendations" has been served on the State Prosecuting Attorney's Office by placing a copy in a prepaid first class U.S. Mail envelope sent to P.O. Box 12548, Capitol Station Austin, Texas 78711-2548 on this date January 17, 2002.

*Jon Alan Ashcraft*
Jon Alan Ashcraft

## VERIFICATION

I, Jon Alan Ashcraft, Petitioner declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge.

Executed this date January 17, 2002.

                                                      _/s/ Jon Alan Ashcraft_
                                                      Jon Alan Ashcraft

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON ALAN ASHCRAFT,<br>          Petitioner | \*<br>\*<br>\*   MISC. NO. B-98-031<br>\* |
| v. | \*<br>\* |
| JANIE COCKRELL, DIRECTOR<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>          Respondent. | \*<br>\*<br>\*<br>\*<br>\*<br>\* |

**ORDER**

CAME ON this day for consideration Petitioner Ashcraft's First Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendations, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's time for filing objections to the magistrate judge's report and recommendations should be, and hereby is, extended thirty days, up to and including February 20, 2002.

SIGNED on this the _____ day of _____, 2002.

_____
PRESIDING JUDGE