IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
JON ALAN ASHCRAFT,          *
            Petitioner      *
                            *      MISC. NO. B-98-031
V.                          *
                            *
JANIE COCKRELL, DIRECTOR    *
TEXAS DEPARTMENT OF         *
CRIMINAL JUSTICE,           *
INSTITUTIONAL DIVISION,     *
            Respondent.     *
                            *
```

**ORDER**

CAME ON this day for consideration Petitioner Ashcraft's First Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendations, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's time for filing objections to the magistrate judge's report and recommendations should be, and hereby is, extended thirty days, up to and including February 20, 2002.

SIGNED on this the 28th day of January, 2002.

_____
PRESIDING JUDGE