36

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JON ALAN ASHCRAFT,                  *
         Petitioner        *
                            *    MISC. NO. B-98-031
                            *
V.                            *
                            *
JANIE COCKRELL, DIRECTOR      *
TEXAS DEPARTMENT OF          *
CRIMINAL JUSTICE,           *
INSTITUTIONAL DIVISION,       *
         Respondent.     *
                            *

### PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME
### TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S
### AMENDED REPORT AND RECOMMENDATIONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Jon Alan Ashcraft, Petitioner Pro Se, hereinafter "Petitioner" who now presents this "Petitioner's First Motion for Extension of Time to File Objections to Magistrate Judge's Amended Report and Recommendations".

Therefore, Petitioner respectfully requests this Court consider this motion with the liberal scrutiny in keeping with the proviso enunciated in **Haines v. Kerner,** 404 U.S. 519, 92 SCt. 594 (1971), rather than considering this matter under the stringent standards applied to pleadings drafted by skilled counsel. In support thereof Petitioner would show the Court the following:

1.

**I.**

On March 19, 2002  Petitioner was called down to the Unit Mail Room on the Le Blanc Unit and received a copy of the Magistrate Judge's Amended  Report and Recommendations. Petitioner understands that he has (10) ten days after being served a copy of the Amended Report and Recommendations to file  written  objections  to  the  proposed  findings, conclusions and recommendations in the Magistrate Judges's Amended Report and Recommendations.  Therefore that would make Petitioner's Objections due March 29, 2002.  The Petitioner needs additional time to respond due to the following circumstances:

1.  Petitioner has only limited time to the Le Blanc Unit Law Library, only 2 hours a day 5 days a week;

2.  Petitioner is at present involved in an intensive substance abuse and Therapeutic Treatment Program sponsered by the Texas Department of Criminal Justice Institutional Division;

3.  Petitioner is in intensive treatment 10 hours a day and has very limited time a day to work on his objections.

Therefore, it is necessary for Petitioner to request for an additional (30) thirty days to file is objections to the proposed findings, conclusions, and recommendations in the magistrate judge's amended report and recommendations.  This request is not for delay but is needed in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests that the court grant an extension of (30) thirty days, from March 29, 2002 up to and including April 28, 2002, in which to file his objections to the magistrate judge's amended report and recommendations.

Respectfully submitted,

This date: March 25, 2002.

Jon Alan Ashcraft

## CERTIFICATE OF SERVICE

I, Jon Alan Ashcraft, hereby certify that a true and correct copy of the above and foregoing "Petitioner's First Motion for Extension of Time to File Objections to Magistrate Judge's Amended Report and Recommendations" has been served on the State Prosecuting Attorney's Office by placing a copy in a prepaid first class U.S. Mail envelope sent to P.O. Box 12548, Capitol Station Austin, Texas 78711-2548 on this date March 25, 2002.

Jon Alan Ashcraft

3.

## VERIFICATION

I, Jon Alan Ashcraft, Petitioner declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge.

Executed this date March 25, 2002.

Jon Alan Ashcraft

**4.**