IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
JON ALAN ASHCRAFT,            *
            Petitioner        *
                              *     MISC. NO. B-98-031
                              *
V.                            *
                              *
JANIE COCKRELL, DIRECTOR      *
TEXAS DEPARTMENT OF           *
CRIMINAL JUSTICE,             *
INSTITUTIONAL DIVISION,       *
            Respondent.       *
                              *
```

ORDER

CAME ON this day for consideration Petitioner Ashcraft's First Motion for Extension of Time to File Objections to Magistrate Judge's Amended Report and Recommendations, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's time for filing objections to the magistrate judge's amended report and recommendations should be, and hereby is, extended thirty days, up to and including April 28, 2002.

SIGNED on this the 3rd day of April, 2002.

_____
PRESIDING JUDGE