

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON ALAN ASHCRAFT, <br> Petitioner, <br><br> v. <br><br> JANIE COCKRELL, DIRECTOR, <br> TEXAS DEPARTMENT OF CRIMINAL <br> JUSTICE, INSTITUTIONAL DIVISION. <br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-98-031 |

United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. The Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED;

2. Respondent Johnson's Motion for Summary Judgment (Docket No. 28) is hereby GRANTED;

3. Petitioner's Petition for a Writ of Habeas Corpus by a Person in State Custody (Docket No. 1) is hereby DENIED.

DONE in Brownsville, Texas this _____ day of _____, 2002.

Hilda Tagle
United States District Judge