IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JON ALAN ASHCRAFT, | * |
| Petitioner | * |
| | *   MISC. NO. B-98-031 |
| v. | * |
| JANIE COCKRELL, DIRECTOR | * |
| TEXAS DEPARTMENT OF | * |
| CRIMINAL JUSTICE, | * |
| INSTITUTIONAL DIVISION, | * |
| Respondent. | * |

**PETITIONER'S NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jon Alan Ashcraft, Petitioner Pro Se, hereinafter "Petitioner" who now presents this "Petitioner's Notice of Change of Address":

I.

Petitioner would now inform the Honorable Court that he has made a change of address. Hence, this has caused his address to change. For all purposes Petitioner's address is now :

Jon Alan Ashcraft
TDCJ-ID # 638807
1710 South Parkwood
Harlingen, Texas 78550-8033
(956)-423-6220

-1-

Therefore for all purposes of this above numbered cause Petitioner would inform the Honorable Court and State Prosecutors office of his change of address.

**PRAYER**

WHEREFORE PREMISES CONSIDERED Petitioner prays that this Honorable Court now use the new address listed for all court purposes.

Respectfully submitted this date June 5, 2002..

_____
JON ALAN ASHCRAFT

**CERTIFICATE OF SERVICE**

I, Jon Alan Ashcraft, hereby certify that a true and correct copy of the above and foregoing document has been served on the State's Prosecuting Attorney by placing a copy in prepaid U.S. Mail sent to P.O. Box 12548, Capitol Station Austin, Texas 78711-2548 on this date June 5, 2002.

_____
Jon Alan Ashcraft

**VERIFICATION**

I, Jon Alan Ashcraft, Petitioner declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge.

Executed this Date: June 5, 2002.

_____
Jon Alan Ashcraft