46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JON ALAN ASHCRAFT,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | MISC. NO. B-98-031 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is Petitioner Ashcraft's "First Motion for Extension of Time to File Objections to Magistrate Judge's Amended Report and Recommendation to Appellant's Certificate of Appealability" (Doc. # 45). After due consideration, Petitioner's motion is GRANTED. Petitioner will have until August 30, 2002, to file his objections.

DONE in Brownsville, Texas this 1st day of August, 2002.

_____
Felix Recio
United States Magistrate Judge