IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON ALAN ASHCRAFT, Appellant, | * * * | Fifth Circuit Cause Number 02-41000 |
| V. | * * | |
| JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Appellee. | * * * * * * | U.S. District Court Misc. No. B-98-031 |

## MOTION FOR LEAVE OF COURT TO APPEAL
## IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jon Alan Ashcraft, Appellant Pro Se, hereinafter "Appellant" who now presents this "Motion for Leave of Court to Appeal In Forma Pauperis" with attached affidavit would now show the Court the following:

Therefore, Appellant respectfully requests this Court consider this motion with liberal scrutiny in keeping with the proviso enunciated in **Haines v. Kerner**, 404 U.S. 519, 92 SCt. 594 (1971), rather than considering this matter under the stringent standards applied to pleadings drafted by skilled counsel. In support there of Appellant would show the Court the following:

-1-

2

## I.

Appellant was released from TDCJ-ID on parole on June 5, 2002. However Appellant will be on parole until he is 112 years old therefore it is imperative that Appellant continue with the Appeal of this case. Appellant received notice on or about July 2, 2002 that his Petition had been denied. Appellant filed Notice of Appeal and Certificate of Appealability on July 8, 2002. Appellant did not pay filing fee for appeal on that date. Appellant received Magistrate Judges Amended Report and Recommendations on or about July 19, 2002. Appellant was granted extension to file objections and do so timely file said objections on August 30, 2002. On or about September 3, 2002 Appellant received notice from the Clerk of the Court of the Fifth Circuit Court of Appeals that the filing fee for this Appeal and/or In Forma Pauperis need be filed within 15 days from the date on the letter Dated 8-29-02. (See Exhibit "A"). It is now that Appellant now timely files his Motion for Leave of Court to Appeal In Forma Pauperis.

## II.

Appellant now respectfully requests Leave of Court to Appeal In Forma Pauperis. Appellant had been incarcerated in the Texas Department of Justice - Institutional Division for approximately 10½ years. Appellant was released on parole June 5, 2002. Appellant at present is the Home Health Care Provider for his aged mother of 78½ years old. Appellant's mother's illness consist of asthma, emphysema

and an illness called C.O.P.D. Therefore, at present Appellant is not able to obtain employment where his is paid with money. Appellant does work in caring for his mother's needs (i.e. constant observation, distribution of medications, cooking, upkeep of her home, transportation to doctor & store, as well as other needs).

It is for these reasons that Appellant pursuant to Fed.R.App.P. 24 respectfully requests Leave of Court to Appeal In Forma Pauperis. Attached (See Exhibit "B") is Appellant's official form Application To Proceed Without Prepayment Of Fees and Affidavit.

For the above reasons Appellant is inable to pay fees and costs or give security thereof. Appellant has repeatedly shown the District Court a substantial showing of the denial of Appellant's Constitutional rights. See Appellant's Original Petition, All Pleadings, as well as Appellant;'s Certificate of Appealability and as recent Appellant's Written Objection to Magistrate Judges Amended Report and Recommendations to Appellant's Certificate of Appelability filed August 30, 2002.

WHEREFORE, PREMISES CONSIDERED, Appellant prays said court GRANT said motion for leave and allow Appellant to proceed In Forma Pauperis in his Appeal to the Fifth Circuit United States Court of Appeals.

RESPECTFULLY SUBMITTED THIS DATE OF SEPTEMBER 6, 2002.

*Jon Alan Ashcraft*
Jon Alan Ashcraft

4

## CERTIFICATE OF SERVICE

I, Jon Alan Ashcraft, hereby certify that a true and correct copy of the above and foregoing document has been served on the State's Prosecuting Attorney by placing a copy in a prepaid U.S. Mail envelope and sent to P.O. Box 12548, Capitol Station, Austin, Texas 78711-2540 on or about this date September 6, 2002.

Jon Alan Ashcraft

## VERIFICATION

I, Jon Alan Ashcraft, Appellant declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge.

EXECUTED THIS DATE: September 6, 2002.

Jon Alan Ashcraft

5

## EXHIBIT INDEX

**EXHIBIT**

"A"     LETTER FROM CLERK OF THE COURT FOR THE
        FIFTH CIRCUIT COURT OF APPEALS

"B"     AFFIDAVIT IN FORMA PAUPERIS

EXHIBIT "A"

LETTER FROM THE CLERK OF THE COURT FOR THE FIFTH CIRCUIT
UNITED STATES COURT OF APPEALS

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

~~July 16, 2002~~
Remailed 8-29-02

Mr Jon Alan Ashcraft
Texas Department of Criminal Justice
Institutional Division Scott Unit
#638807
RR 5 Box 1500
Angleton, TX 77515

   No. 02-41000 Ashcraft v. Cockrell
      USDC No. B-98-MC-31

Dear Appellant:

Your appeal has been docketed and we ask you to use the number above on all papers you file in this court.

**You should carefully read the following sections.**

<u>Court Fees</u>

You must pay a filing fee for your notice of appeal unless the district court has entered an order exempting you from paying the fee under FED.R.APP.P. 24. The $100.00 Court of Appeals docketing fee and the $5.00 district court fee are due within 15 days from this date. Both fees must be paid to the clerk of the district court, but you must notify us when you pay the fees. If you do not pay both fees, or file a motion with the district court for leave to appeal **In Forma Pauperis** under FED.R.APP.P. 24, we will dismiss your appeal without further notice, see 5TH CIR. R. 42.3.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                                  Peter Conners, Deputy Clerk
                                  504-310-7685

cc:  Ms Anne M Marshall
     Ms Denise Ana Villarreal

EXHIBIT "B"

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Case 1:98-mc-00031   Document 48   Filed in TXSD on 09/06/2002   Page 8 of 9

EXHIBIT "B"

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS
BROWNSVILLE DIVISION

JON ALAN ASHCRAFT,
APPELLANT
V.

JANIE COCKRELL, DIRECTOR
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE
INSTITUTIONAL DIVISION,
APPELLEE

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: MISC. NO. B-98-031

I, JON ALAN ASHCRAFT, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other
APPELLANT

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      NOVEMBER 1991 – C.W. STARK  $ 1,200.00 MONTH SALARY
      ADDRESS NOT AVAILABLE

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☐ Yes   ☒ No
   f. Any other sources                                ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.