49

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JON ALAN ASHCRAFT | * |
| | * |
| | * |
| VS | *   MISC. NO. B-98-031 |
| | * |
| JANIE COCKRELL, DIRECTOR | * |
| TEXAS DEPARTMENT OF CRIMINAL | * |
| JUSTICE, INSTITUTIONAL DIVISION | * |

## O R D E R

Petitioner JON ALAN ASHCRAFT'S Motion for Leave to Court to Proceed in Forma Pauperis on his appeal is hereby GRANTED.

DONE at Brownsville, Texas, this 11th day of September 2002.

_____
Felix Recio
United States Magistrate Judge