UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JON ALAN ASHCRAFT,<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | § § § § § § § § § | MISC. NO. B-98-031 |

## ORDER

Before the court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. The Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED;

2. Petitioner's Application for a Certificate of Appealability (Docket No. 42) is hereby DENIED.

DONE in Brownsville, Texas this ____ day of _____, 2002.

_____
Hilda Tagle
United States District Judge