IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41000
USDC No. B-98-MC-31

U.S. COURT OF APPEALS
FILED
JAN 1 4 2003
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 1 6 2003
Michael N. Milby
Clerk of Court

JON ALAN ASHCRAFT,

          Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

          Respondent-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

  Jon Alan Ashcraft filed the instant 28 U.S.C. § 2254 habeas corpus petition to challenge his conviction for burglary of a habitation with an enhancement allegation. He now moves this court for a certificate of appealability (COA) following the district court's denial of his 28 U.S.C. § 2254 petition. He will not receive a COA unless he makes a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

  Ashcraft argues that the district court erred by not applying the summary judgment standards to the respondent's

O R D E R
No. 02-41000
-2-

motion for summary judgment, that the district court violated federal law, that the district court acted unfairly towards him, and that the district court did not read his pleadings. His conclusional allegations regarding these issues are insufficient to show the denial of a constitutional right. See Koch v. Puckett, 907 F.2d 524, 530 (5th Cir. 1990).

Ashcraft next argues that the state courts were biased against him, and he contends that this bias is evidenced by the opinions of a state-court judge who is a former law partner of Ashcraft's trial attorney. Ashcraft's conclusional allegations on this issue do not show the denial of a constitutional right. See Koch, 907 F.2d at 530.

Ashcraft contends that the state courts unreasonably applied federal law in rejecting his claim that his Fourth Amendment rights were violated when evidence that was obtained through an invalid search warrant and illegal seizure was used to convict him. This argument is unavailing. Because Ashcraft was given an opportunity to litigate these issues in state court, we will not consider them in this 28 U.S.C. § 2254 habeas corpus petition. See Stone v. Powell, 428 U.S. 465, 482, 486, 494 (1976).

Ashcraft's argument that the evidence was insufficient to support his conviction amounts to no more than a conclusional allegation and thus does not show the denial of a constitutional right. Ashcraft has not shown that the state courts' rejection of his claim of a coerced confession is contrary to, or an

ORDER
No. 02-41000
-3-

unreasonable application of, federal law.  See 28 U.S.C. § 2254(d)(1); see also Lockhart v. Johnson, 104 F.3d 54, 56-57 (5th Cir. 1997).

Ashcraft's argument that he was denied counsel of choice does not show the denial of a constitutional right.  See Yohey v. Collins, 985 F.2d 222, 228 (5th Cir. 1993).  Ashcraft's conclusional allegations that trial counsel rendered ineffective assistance are likewise insufficient to make a substantial showing of the denial of a constitutional right.  Because Ashcraft has not a substantial showing of the denial of a constitutional right as to any of his issues, his COA motion is DENIED.

_____
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana   1-14-03

# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 14, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED
JAN 16 2003
Michael N. Milby, Clerk of Court

    No. 02-41000 Ashcraft v. Cockrell
    USDC No. B-98-MC-31

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 2 ) Volumes    ( 1 ) Box.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

                      By: _[signature]_
                      Janis T. Tolar, Deputy Clerk
                      (504) 310-7714

cc: w/encl:
    Mr Jon Alan Ashcraft
    Mr James Randolph Smith

MDT-1